UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:17-cv-00139-FDW

| | |
|---|---|
| TONY HAMBY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CONSENT ORDER |
| ) | |
| NANCY A. BERRYHILL, Acting ) Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER is before the Court on the parties' Consent Motion for Attorney Fees (Doc. No. 16). In the motion and proposed order attached thereto (Doc. No. 16-3), Plaintiff, by and through his attorney, has executed this Consent Order and Defendant has executed this Consent Order, by and through the undersigned Assistant United States Attorney; and it appearing that the parties have agreed that the Commissioner of Social Security should pay the sum of $4,500.00 for attorney fees in full and final settlement of all claims for attorney fees arising under the Equal Access to Justice Act ("EAJA"). See 28 U.S.C. § 2412(d).

It is therefore ORDERED that the Consent Motion for Attorney's Fees (Doc. No. 16) is GRANTED. The Commissioner of Social Security shall pay to Plaintiff the sum of $4,500.00, sent to Plaintiff's counsel's office address, in full satisfaction of any and all claims arising under the EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum this case is dismissed with prejudice.

IT IS SO ORDERED.

Signed: April 18, 2018

*/s/ Frank D. Whitney*
Frank D. Whitney
Chief United States District Judge

CONSENTED TO:
/s/ CHARLOTTE W. HALL
Attorney for Plaintiff
N.C. Bar # 41290
Charles T. Hall Law Firm, P.C.
P.O. Box 10629
Raleigh, NC 27605
Telephone: (919) 791-1883
Fax: (919) 791-1886
charlotte@charleshallfirm.com


/s/ PETER A. HEINLEIN
Attorney for Defendant
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel
Room 646, Altmeyer Building
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (410) 965-2350
Fax: (410) 597-0137
Peter.Heinlein@ssa.gov
Maryland Bar